TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00142-CV

Karen Powell Runkle, Appellant

v.

Richard Glen Runkle, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 97-04480, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 Appellant's notice of appeal was due to be filed on or before March 2, 1998. As
it was not filed until March 18, 1999, we will dismiss this appeal for want of jurisdiction. See
Tex. R. App. P. 26.1.

 Final Judgment in the trial court was signed on December 1, 1997. Appellant filed
a motion for new trial on December 29, 1997, thus extending her time to file Notice of Appeal
until March 30, 1998. Appellant's Notice of Appeal was not filed until March 18, 1999. By letter
dated May 5, 1999, the Clerk of this Court notified all parties that the Notice of Appeal did not
appear to be timely filed and requested an explanation from appellant why this appeal should not
be dismissed for want of jurisdiction. In a response, filed in this Court May 18, 1999, appellant
failed to give an explanation satisfying the requirements for timely perfecting an appeal. 
Accordingly, we dismiss this appeal for want of jurisdiction. See id. 26.1(a)(1).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed for Want of Jurisdiction

Filed: May 27, 1999

Do Not Publish